**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                     IN THE UNITED STATES DISTRICT COURT
9
10              FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
BYRON HIBBERT,                           No. C 12-2865 WHA (PR)
12
                    Petitioner,          **ORDER OF DISMISSAL**
13
   vs.
14
KEVIN CHAPPEL,                           (Dkt. No. 3)
15
                    Respondent.
16                                    /
17
          This pro se habeas action was filed on June 4, 2012.  On that same day, petitioner was
18
notified that he head neither paid the filing fee nor filed an application to proceed in forma
19
pauperis ("IFP").  A copy of the court's form for IFP applications was provided with the notice
20
along with a return envelope.  Petitioner was informed that if he did not either pay the $5.00
21
filing fee or file a completed IFP application within thirty days the case would be dismissed.
22
Along with the notice, he was mailed a copy of the IFP application, instructions for completing
23
it, and a pre-paid return envelope.  The instructions indicated that in order to complete the IFP
24
application, he was required to submit a certificate of funds form completed and signed by a
25
prison official as well as a statement of his prison trust account showing transactions for the last
26
six months.  Plaintiff has filed an application, but he has not submitted the completed certificate
27
//
28
//

**United States District Court**
For the Northern District of California

1  of funds or trust account statement, nor has he explained his failure to do so.  As more than

2  three months have passed since the deficiency notice and Plaintiff has neither paid the filing fee

3  nor filed a completed IFP application, this case is **DISMISSED** without prejudice.

4         The incomplete IFP application (dkt. 3) is **DENIED**.

5         The clerk shall enter judgment and close this file.

6         **IT IS SO ORDERED.**

7

8  Dated: October ___4___, 2011.

                                                    WILLIAM ALSUP
9                                                   UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21
    G:\PRO-SE\WHA\HC.12\HIBBERT2865.DFP.wpd
22

23

24

25

26

27

28

2